| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| P. David Serrano<br>Vanlochem & Chesney LLP<br>555 West Fifth Street<br>Suite 3100<br>Los Angeles, CA  90013<br>(213) 996-8338<br>(213) 996-8336<br>222485<br>☐ Individual appearing without counsel<br>☒ Attorney for: Mitsubishi Motors Credit of America, Inc. | FILED<br>OCT - 7 2003<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: Autumn Mcintosh | CHAPTER: 7 |
|---|---|
| | CASE NO.: LA-03-19179-ES |
| | DATE: September 16, 2003<br>TIME: 9:30 a.m.<br>CTRM: 1645<br>FLOOR: |
| Debtor(s). | |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Personal Property)
### (MOVANT: Mitsubishi Motors Credit of America, Inc.        )

1. The Stay Motion was:     ☐ Contested     ☒ Uncontested     ☐ Settled by stipulation

2. The Stay Motion affects the following:

   ☒ Vehicle *(describe year, manufacturer, type and model)*: 2001 Mitsubishi Eclipse
      Vehicle Identification Number: 4A3AC84H81E032836
      Location of vehicle (if known):

   ☐ Equipment *(describe manufacturer, type, and characteristics)*:
      Serial number(s):
      Location (if known):

   ☐ Other Personal Property *(describe type, identifying information, and location)*:

   ☐ See Exhibit _____ attached to this Order.

   ENTERED
   OCT - 7 2003
   CLERK, U.S. BANKRUPTCY COURT
   CENTRAL DISTRICT OF CALIFORNIA
   BY _____ Deputy Clerk

3. The Motion is granted under:     ☒ 11 U.S.C. § 362(d)(1)     ☐ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to Debtor and Debtor's bankruptcy estate.
   b. ☒ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☒ Modified or conditioned as set forth in Exhibit _____ to this Order.

LODGED
03 OCT -3
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT

(Continued on next page)

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised November 1999

**351PP**

Order Granting Relief from Stay (Personal Property) - *Page 2 of* __     **351PP**

| In re<br>Autumn Mcintosh | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: LA-03-19179-ES |

5. **X** Movant may enforce its remedies to repossess or otherwise obtain possession and dispose of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant shall not repossess the Property before the following date *(specify)*:

7. ☐ Any post-petition acts taken after the effective date of this Order by Movant to enforce its remedies, in accordance with applicable non-bankruptcy law, against the Debtor(s) or property of the estate shall not constitute a violation of the stay in this bankruptcy case.

8. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

9. **X** This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

10. This Court further orders as follows:

   a. ☐ This Order shall be binding and effective in any bankruptcy case commenced by or against the Debtor(s) for a period of 180 days from the hearing of this Motion.

   b. **X** The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

   c. ☐ See Extraordinary Relief Attachment *(Use Optional Form 351ER)* for additional provisions.

   d. ☐ See attached continuation page for additional provisions.

Dated: 10/7/03

_____
United States Bankruptcy Judge
Erithe A. Smith

Order Granting Relief from Stay (Personal Property) - *Page 3 of* ___                     **351PP**

| In re<br>Autumn Mcintosh | (SHORT TITLE)<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: LA-03-19179-ES |
|---|---|---|

# ADEQUATE PROTECTION ATTACHMENT
### (MOVANT: Mitsubishi Motors Credit of America, Inc.)

*(This is the continuation page for Paragraph 8 of the Order on the Stay Motion)*

The stay shall remain in effect subject to the following terms and conditions:

1. The Debtor(s) shall make regular monthly payments in the amount of $ _____ commencing _____.

2. The Debtor(s) shall cure the post-petition default computed through _____ in the sum of $ _____ as follows:

   a. In equal monthly installments of $ _____ each commencing _____ and continuing thereafter through and including _____,
   b. By paying the sum of $ _____ on or before _____,
   c. By paying the sum of $ _____ on or before _____,
   d. By paying the sum of $ _____ on or before _____,
   e. Other:

3. The Debtor(s) shall file a Disclosure Statement and Plan on or before *(specify date)*:
   Disclosure Statement shall be approved on or before *(specify date)*:
   The Plan shall be confirmed on or before *(specify date)*:

4. Upon any default in the foregoing terms and conditions, Movant shall serve written notice of default to Debtor(s), and any attorney for Debtor(s). If Debtor(s) fails to cure the default within ten (10) calendar days after mailing of such written notice:

   a. The Stay shall automatically terminate without further notice, hearing or order.
   b. Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.
   c. The Movant may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.
   d. The Movant may move for relief from the stay on regular notice.

5. The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

6. See attached page for additional provisions.

_____
Judge's Initials

Order Granting Relief from Stay (Personal Property) - *Page 4 of* ___   **351PP**

| In re<br>Autumn Mcintosh | (SHORT TITLE)<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: LA-03-19179-ES |
|---|---|---|

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

**TO ALL PARTIES IN INT___   ___ ATTACHED SERVICE LIST:**

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1, that an ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (in whole or in part) was entered on *(specify date)*:

   10/7/03

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*:

   10/7/03

Dated:   10/7/03

Jon D. Ceretto
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.   **351PP**

Revised November 1999

## SERVICE LIST

Debtor
Autumn Mcintosh
Post Office Box 1318
Sacramento, CA  95812

Chapter 7 Trustee
Edward M. Wolf
Robinson Diamant & Brill
1888 Century Park East, #1500
Los Angeles, CA  90067

United States Trustee
725 South Figueroa
26th Floor
Los Angeles, CA  90017

Attorney for Movant
Michael D. Vanlochem
Vanlochem & Chesney LLP
555 West Fifth Street, Suite 3100
Los Angeles, CA  90013

00018338